446 A.2d 668

Commonwealth v. Frazier, Appellant.

Submitted June 22, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

446 A.2d 669

Commonwealth v. Gregg, Appellant.

Submitted March 8, 1982. Norman Ackerman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.